# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

BOLIVAR JACQUEZ

**CRIMINAL COMPLAINT**

CASE NUMBER: 90-0498L-01

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 21, 1990__ in __Norfolk__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce with intent to avoid prosecution, custody and confinement for the crime of escape from a Massachusetts Correctional Institution Prison Camp, which is a felony under Massachusetts General Laws chapter 127, Section 83C.

in violation of Title __18__ United States Code, Section(s) __1073__

I further state that I am a(n) __Special Agent, FBI__ and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
Darryl J. Radt

Sworn to before me and subscribed in my presence,

October /0, 1990                        at      Boston, MA
Date                                            City and State

Lawrence P. Cohen, U.S. Magistrate
Name & Title of Judicial Officer              Signature of Judicial Officer

AFFIDAVIT

Boston, Massachusetts
October 10, 1990

I, DARRYL J. RADT, Special Agent, Federal Bureau of Investigation, being duly sworn, upon my oath depose and state:

1. The Federal Bureau of Investigation has been requested to assist the Massachusetts Department of Correction in the location and apprehension of BOLIVAR JAQUEZ.

2. I have been informed by CURTIS M. WOOD, Captain, Massachusetts Department of Correction Fugitive Apprehension Unit of the following facts:  (A copy of a letter from Mr. Wood to the Office of the United States Attorney for the District of Massachusetts is attached and incorporated herein.)

   a. BOLIVAR JAQUEZ, having been previously convicted of trafficking in cocaine, which is a felony under the laws of the Commonwealth of Massachusetts, and sentenced to a term of incarceration of ten (10) years and one (1) day, escaped from the Massachusetts Correctional Institute at Plymouth.  The crime of escape is a violation under Massachusetts General Laws, Chapter 127, Section 83(C).

   b. Law enforcement efforts to locate BOLIVAR JAQUEZ within the Commonwealth of Massachusetts have been unsuccessful.  On 9/24/90, an arrest warrant was issued by the Plymouth District Court for the apprehension of BOLIVAR JAQUEZ. (Certified copies of the Arrest Warrant and Criminal Complaint

are attached hereto and incorporated herein.) Investigation has revealed that he has taken up residence in the state of Rhode Island.

   c. It is now believed that BOLIVAR JAQUEZ has fled the Commonwealth of Massachusetts to avoid custody or confinement after having been previously convicted of a felony.

   d. The Massachusetts Department of Correction will rendite BOLIVAR JAQUEZ if he is apprehended outside the State of Massaachusetts.

               _____
                DARRYL J. RADT
                Special Agent, FBI

Subscribed and sworn to before me this /0 day of October, 1990.

                _____
                United States Magistrate



Michael S. Dukakis
Governor

Philip W. Johnston
Secretary

George A. Vose
Commissioner

Michael T. Maloney
Deputy Commissioner

*The Commonwealth of Massachusetts*
*Executive Office of Human Services*
*Department of Correction*
*Leverett Saltonstall Building, Government Center*
*100 Cambridge Street, Boston, Mass. 02202*
*(617) 727-3300*

October 1, 1990

Mr. Wayne Budd
United States Attorney
John McCormack Post Office and Courthouse
Boston, MA  02109

RE: APPLICATION FOR UNLAWFUL FLIGHT TO AVOID CONFINEMENT WARRANT ON: BOLIVAR JAQUEZ; Dominican Male; DOB: 5-1-50; SSN: 127702056; POB: Dominican Republic; HEIGHT: 5'5"; WEIGHT: 150 lbs.; HAIR: Brown; EYES: Brown; AKA: Bolivar Jacquez

Dear Sir,

The Massachusetts Department of Correction is making formal application for the issuance of an Unlawful Flight to Avoid Confinement Warrant on the above individual. The subject was convicted and sentenced from the Suffolk Superior Court on 2-10-89 to ten years and one day for Trafficking in Cocaine (over 200 grams).

The subject escaped from the Massachusetts Correctional Institution at Plymouth on 9-21-90. On 9-24-90 Warrant #9059CR4038 was issued from the Plymouth District Court charging the subject with escape. The subject is entered in NCIC.

Information has been developed via a reliable informant that the subject has fled the Commonwealth of Massachusetts, and is believed to be in Providence Rhode Island.

This Unit maintains a complete detailed investigative file on this subject.

If apprehended, Massachusetts will rendite, and the subject will be prosecuted for escape.

If there are any questions, or additional information is required, please advise.

Thank you.

Yours truly,

Curtis M. Wood

Curtis M. Wood, Captain
Fugitive Apprehension Unit

| APPLICATION FOR COMPLAINT | ☒ ADULT ☐ JUVENILE | | | Court of Massachusetts District Court Department |
|---|---|---|---|---|
| ☐ ARREST | ☐ HEARING | ☐ SUMMONS | ☒ WARRANT | COURT DIVISION |

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

Plymouth District Court
Russell Street
Plymouth, MA 02360

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 9/24/90 | 9/21/90 | MCI-Plymouth Prison Camp |

NAME, ADDRESS AND ZIP CODE OF COMPLAINANT

Wayne Therrien, PCO
MCI-Plymouth
P.O. Box 207
So. Carver, MA 02366

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

Bolivar Jacquez
68 High Rd.
Lynn, MA

| NO. | OFFENSE | G.L. Ch. and Sec. |
|---|---|---|
| 1. | Escape from Mass. Corr. Inst. Prison Camp | Chap. 127 |
| 2. | | |
| 3. | | |
| 4. | | |

COURT USE ONLY → A hearing upon this complaint application will be held at the above court address on

| DATE OF HEARING | TIME OF HEARING | COURT USE ← ONLY |
|---|---|---|
| | AT | |

## CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OF PROPERTY Over or under $100. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

OTHER REMARKS:

X _Wayne Therrien_ SIGNATURE OF COMPLAINANT

## DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| 5/1/50 | | Unknown | M | Hisp. | 5'5" | 150 | Brn | Brn |

| OCCUPATION | MOTHER'S NAME (MAIDEN) | FATHER'S NAME |
|---|---|---|
| | Ana | Andre |

9/24/90  X          X   Joseph G. Pype
                       NOTARY PUBLIC
                       MY COMMISSION EXPIRES
                       APRIL 5, 1996

DC-CR-2 (1/84)

COMPLAINANT'S COPY

| COURT DIVISION | | | Massachusetts |
|---|---|---|---|
| Plymouth | NAME, ADDRESS AND ZIP CODE OF DEFENDANT | | District Court Department |

Bolivar Jacquez
68 High Rd
Lynn, MA

TO ANY JUSTICE OR CLERK-MAGISTRATE OF THE DISTRICT COURT DEPARTMENT:

The within named and undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below.

| DEF. DOB AND SEX | OFFENSE CODE(S) |
|---|---|
| 5/1/58  M | 961 |
| DATE OF OFFENSE | PLACE OF OFFENSE |
| 9/21/90 | Plymouth |
| COMPLAINANT | POLICE DEPARTMENT (if applicable) |
| Wayne Therrien, PCO | Plymouth HOC |
| DATE OF COMPLAINT | RETURN DATE AND TIME |
| 9/24/90 | 9/24/90  Warrant Issued |

COUNT-OFFENSE

A. ESCAPE FROM MCI PRISON CAMP C 127 S 83C
being lawfully imprisoned in the Mass. Corr. Inst. Prison Camp in said Plymouth, did break therefrom and escape, in violation of G.L. 127, s.83C.

COUNT-OFFENSE

COUNT-OFFENSE

COUNT-OFFENSE

Joseph A. Pepe
NOTARY PUBLIC
MY COMMISSION EXPIRES

COMPLAINANT

SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK  ON (DATE)
X  _Therrien_  9/24/90

FIRST JUSTICE
Dennis L. Collari

CLERK-MAGISTRATE/ASST. CLERK  ON (DATE)

COURT ADDRESS
Russell Street
Plymouth, MA 02360

ADDITIONAL COUNTS ATTACHED ☐

TRUE COPY ATTEST: X

| WARRANT | CR 4038 | Trial Court of Massachusetts Court Department |
|---|---|---|
| COURT DIVISION: Plymouth | NAME, ADDRESS AND ZIP CODE OF DEFENDANT: Bolivar Jacquez, 68 High Rd, Lynn, MA | TO ANY AUTHORIZED OFFICER: REASON FOR WARRANT |

- ☒ Representation of prosecutor that defendant may not appear unless arrested.
- ☐ Defendant failed to appear after being summoned to appear.
- ☐ Defendant failed to appear after recognizing to appear.
- ☐ Defendant failed to pay [fine] [costs] in the amount of $_____.
- ☐ Defendant failed to pay non-criminal motor vehicle fine in the amount of $_____.
- ☐ Other:

| DEF DOB AND SEX | OFFENSE CODE(S) |
|---|---|
| 5/1/50 M | 961 |

| DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|
| 9/21/90 | Plymouth |

| COMPLAINANT | POLICE DEPARTMENT (if applicable) |
|---|---|
| Wayne Therrien, PCO | Plymouth HOC |

| DATE OF COMPLAINT | RETURN DATE AND TIME |
|---|---|
| 9/24/90 | 9/24/90 Warrant Issued |

COUNT-OFFENSE

A. ESCAPE FROM MCI PRISON CAMP C 127 S 83C
being lawfully imprisoned in the Mass. Corr. Inst. Prison Camp in said Plymouth, did break therefrom and escape, in violation of G.L. 127, s.83C.

Joseph A. Pepe
NOTARY PUBLIC
MY COMMISSION EXPIRES
APRIL 5, 1996

THE COURT HAS ORDERED THAT A ☒ WARRANT / ☐ DEFAULT WARRANT ISSUE AGAINST THE ABOVE DEFENDANT

Therefore you are hereby commanded to arrest the above named defendant and bring the defendant forthwith before this court to answer to the offense(s) listed above and to be dealt with according to law.

WITNESS: FIRST JUSTICE DENNIS L. COLLARI, ESQ.    DATE OF ISSUE 9-24-90    CLERK-MAGISTRATE/ASST. CLERK