UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate Docket No.
90-0498-LPC

UNITED STATES OF AMERICA

v.

BOLIVAR JACQUEZ

CONDITIONAL ORDER OF DISMISSAL

February 7, 2005

SWARTWOOD, M.J.

Despite numerous inquiries from this session, a complaint in the above-entitled case,[1] charging a violation of the provisions of Title 18, United States Code, Section(s) 1073, has been pending without further action since October 10, 1990. The last name Assistant United States Attorney assigned to the case was AUSA Leake.

For want of prosecution, the above-entitled case is hereby ordered dismissed effective March 4, 2005, unless, on or before the close of business on the last business day immediately preceding March 4, 2005, a status report requesting that the case remain open be delivered to the Courtroom Clerk, Maria Simeone. If that status report is not timely filed, the case will be dismissed and the outstanding warrant(s) of arrest shall be vacated as of the date of the dismissal.

/s/ Charles B. Swartwood
UNITED STATES MAGISTRATE JUDGE

---

[1] A copy of which is attached.