UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA   )
                           )
v.                         )
                           )   Mag. No. 90-0498-LPC
BOLIVAR JACQUEZ            )
                           )

## STATUS REPORT

In response to the Court's February 7, 2005 Conditional Order of Dismissal, the United States, by its undersigned counsel, hereby requests that the above-entitled case remain open.

After consultation with agents of the Federal Bureau of Investigation, government counsel submits that the defendant remains a fugitive from justice in violation of 18 U.S.C. § 1073 and that the outstanding warrant of arrest should remain active.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

                        By: /s/ Brian T. Kelly
                        BRIAN T. KELLY
                        Assistant U.S. Attorney

Dated:   February 17, 2005