UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO.: 90-0498L-01 |
| v. | ) |
| BOLIVAR JACQUEZ | ) |

### GOVERNMENT'S MOTION TO DISMISS COMPLAINT

The government asks the Court to dismiss the above-captioned complaint charging the defendant with Unlawful Flight to Avoid Prosecution. The reason for this motion is that the FBI has reported that the defendant, who had escaped from state prison, has been located, arrested, and returned to the Massachusetts Department of Correction to serve the rest of his state prison sentence.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: [signature]
ADAM J. BOOKBINDER
Assistant U.S. Attorney

Dated: October 10, 2007